1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ROE, RICHARD ROE, II and DON A. NELSON, | No. C 09-0682 PJH |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| JOHN DOE, MARK CUBAN, DALLAS BASKETBALL, LTD and DOES 1 through 10, | |
| Defendants. | |
| _____/ | |

Pursuant to the order entered today dismissing this action, judgment is entered in favor of defendants.

**IT IS SO ORDERED.**

Dated: June 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge