UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD ROE, et al.,

    Plaintiff(s),

v.

JOHN DOE, et al.,

    Defendant(s).

_____/

No. C 09-0682 PJH

**ORDER**

Before the court is a "stipulation of the parties in which plaintiffs dismiss all of their claims against defendants and in which defendants voluntarily withdraw with prejudice their claim for attorneys' fees and costs." The court is at a loss as to what is intended by this filing given that there are no longer any claims to voluntarily dismiss, the court having already dismissed all claims with prejudice and having furthermore entered a judgment in this case. The parties may either seek relief through a jointly prepared brief supported by legal authority, or may call the courtroom deputy of the undersigned to arrange an appearance for a status conference.

**IT IS SO ORDERED.**

Dated: November 25, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge